473 A.2d 652

Commonwealth v. Unger, Appellant.

Petition for Allowance of Appeal

Denied July 10, 1984.

Submitted November 8, 1983. Richard S. Levine, Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Order affirmed.